DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JARED B. SMITH,**
Appellant,

v.

**BILLY JEAN COFFEY,**
Appellee.

No. 4D2024-2475

[December 18, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Lillian B. Ewen, Judge; L.T. Case No. 312020DR000390.

Charles E. Jarrell of Charles E. Jarrell, P.A., Vero Beach, for appellant.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, and Tiffany Starr of The Law Office of Tiffany Starr, P.A., Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***